IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA,**
**Plaintiff**

      **vs.**         **CASE. NO. 99-287-01(JAF)**

**JULIO PAGAN BURGOS**

**Defendant**

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION RECOMMENDING MODIFICATION OF CONDITIONS**

**TO THE HONORABLE JOSE A. FUSTE**
**CHIEF U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO:**

    **COMES NOW, Orlando Rullán, U.S. Probation Officer** of this Honorable Court, presenting an official report upon the conduct and attitude of supervisee, Julio Pagán Burgos, who on June 5, 2000 pleaded guilty of violating Title 18:1956 (a)(1)(B) Money laundering. Mr. Pagán was sentenced to a seventy- eight (78) month imprisonment term and three (3 years of supervised release.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

    Based on Mr. Pagán's instance offence, which consisted in acting as a courier of drug proceeds and his past criminal convictions, which consisted in murder in first degree, transportation of weapons and illegal distribution of cocaine, this officer highly recommends the Court to add the following special supervised release condition.

    **"The defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation officer at a reasonable time and in a reasonable matter, base upon reasonable suspicion of contraband evidence of a violation of a condition of release;**

**failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to his condition."**

This special supervised release condition was explained and clarified to Mr. Pagán who voluntarily signed the enclosed Probation Form # 49 which is a Waiver of Hearing to Modify Conditions of Supervised Release and Probation.

**WHEREFORE,** unless the Court rules otherwise, it is respectfully requested that an order be issue to amend the conditions of supervised release to include the search and seizure condition until the expiration of his supervised release term. If he fails to comply with the conditions of supervision, the Court will be notified and revocation procedures initiated.

In San Juan, Puerto Rico, this 31st day of May, 2005.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

        s/Orlando Rullán
        U.S. Probation Officer
        Federal Office Building, Office 400
        San Juan, PR 00918
        Phone: 787-766-6503
        Fax: 787-766-5945
        orlando_rullán @prp.uscourts.gov

ORO/ohv

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 31, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: H.S. García, U.S. Attorney and Fernando Carlo-Gorbea, Esq.

In San Juan, Puerto Rico, May 31, 2005

                    s/Orlando Rullán
                    U.S. Probation Officer
                    Federal Office Building, Office 400
                    San Juan, PR 00918
                    Phone: 787-766-6503
                    Fax: 787-766-5945
                    orlando_rullán @prp.uscourts.gov