AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 99-287 (JAF) |
| **JULIO PAGAN-BURGOS** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| June 6, 2005 | /s/ Scott H. Anderson |
| Date | Signature |
| | |
| | Scott H. Anderson |
| | Print Name |
| | |
| | 350 Torre Chardon, Suite 1201 |
| | Address |
| | |
| | Hato Rey, Puerto Rico 00918 |
| | City |
| | |
| | (787) 766-5656 |
| | Phone Number |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Fernando J. Carlos-Gorbea, Esq., 1carlo@coqui.net.

    At Hato Rey, Puerto Rico, June 6, 2005

                                                /s/ Scott H. Anderson
                                                Scott H. Anderson
                                                U.S.D.C. No.
                                                Torre Chardón, Room 1201
                                                350 Carlos Chardón Avenue
                                                Hato Rey, Puerto Rico  00918
                                                Tel: 787-766-5656
                                                Fax: 787-771-4050
                                                E-mail: scott.anderson@usdoj.gov